## IN THE SAME TERM OF

## *September,* 1783.

(p. 286. 295.)

### The STATE *againft* TIERCK TENBROECK.

*On* Habeas Corpus *of Negro* Philip *for Manumiffion.*

THE Court having fully confidered the Evidence, and the Arguments of Counfel in this Caufe, *are unanimoufly of Opinion*, and do adjudge, that the faid Negro *Philip* be difcharged and fet at Liberty from the faid Tierck Tenbroeck, and alfo from John Vanhorne of Rocky-Hill, in the County of Somerfet, who hath appeared and claimed the faid Negro Philip, On Motion of Mr. Paterfon for the State.